UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO (Cleveland)
CASE NO.: 1:05-CV-02466-PAG

DISABLED PATRIOTS OF AMERICA,
INC., a Florida not-for-profit corporation,
and MICHAEL MILES, Individually,

       Plaintiffs,

vs.

BRIGHTON MANOR COMPANY
d/b/a HOLIDAY INN SANDUSKY-
CEDAR POINT AREA,

       Defendant.
_____/

## STIPULATION FOR APPROVAL AND ENTRY OF CONSENT DECREE AND DISMISSAL OF CASE WITH PREJUDICE

Plaintiffs and Defendant, by and through undersigned counsel, hereby move this court to approve and enter judgment on the Proposed Consent Decree annexed hereto as Exhibit A ("the Consent Decree").

Pursuant to Title III of the Americans with Disabilities Act this Court is authorized to enter a Consent Decree requiring a public accommodation to alter facilities to make such facilities readily accessible to and useable by individuals with disabilities to the extent required by Subchapter III of Chapter 126 of Title 42 of the United States Code. 42 USC § 12188 (a)(2) 2000.

Wherefore, Plaintiffs and Defendant respectfully request this Court to approve and enter judgment on the Consent Decree and retain jurisdiction to enforce the Consent Decree and Dismiss the Case with Prejudice.

| | |
|---|---|
| **LAW OFFICE OF OWEN B. DUNN, JR.** | **CALFEE, HALTER & GRISWOLD, LLP** |
| Owen B. Dunn, Jr., Esq. (#0074743) | 800 Superior Ave., Suite 1400 |
| 520 Madison Avenue, Suite 330 | Cleveland, OH 44114-2688 |
| Toledo, OH 43604 | Tel: (216) 622-8818 Fax: (216) 241-0816 |
| Tel: (419) 241-9661 Fax (419) 241-9737 | **WITH EXPRESS AUTHORIZATION** |
| **FULLER, FULLER & ASSOCIATES, P.A.** | By: /s/ Daniel P. Petrov |
| 12000 Biscayne Boulevard, Suite 609 | Daniel P. Petrov, Esq. |
| North Miami, FL 33181 | Counsel for Defendant |
| Tel: (305) 891-5199 Fax: (305) 893-9505 | |
| By: /s/ Lawrence A. Fuller | Date: 5-19-06 |
| Lawrence A. Fuller, Esq. | |
| Co-Counsel for Plaintiffs | |
| Date: 5-19-06 | |

So Ordered.
    /s/ Patricia A. Gaughan
    5/22/06